Rebecca I. Singer, WSBA #58467
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
Tel: (206) 727-4000
rebecca@davislawgroupseattle.com
*Attorneys for Plaintiff, Samuel Keith Zamudio, Individually and as PR of the Estate of Kathleen Zamudio*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAMUEL KEITH ZAMUDIO, individually and as Personal Representative of the ESTATE OF KATHLEEN ZAMUDIO, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br>vs.<br><br>PEACEHEALTH; PEACEHEALTH KETCHIKAN MEDICAL CENTER; PEACEHEALTH ST. JOSEPH MEDICAL CENTER; BLAISE A. BELLOWS, M.D.; PETER A. BEGLIN, M.D.; EDWIN EPPLER, M.D.; KETCHIKAN EMERGENCY PHYSICIANS, LLC; NES WASHINGTON, INC; PEACEHEALTH CARDIOLOGY, and DOES 1-20,<br><br>Defendants. | NO. 2:26-cv-01954<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT BLAISE A. BELLOWS, M.D. BY PUBLICATION IN CLATSOP COUNTY, OREGON, AND BY ALTERNATIVE SERVICE |

THIS MATTER came before the Court on Plaintiff Samuel Keith Zamudio's Motion for Leave to Serve Defendant Blaise A. Bellows, M.D. by publication in Clatsop County, Oregon, and by alternative service. The Court has reviewed the motion, the supporting declarations and affidavits of due diligence, the pleadings and papers on file, and the record herein.

The Court finds that Plaintiff has made diligent but unsuccessful efforts to personally serve Defendant Blaise A. Bellows, M.D. Plaintiff's Alaska process server attempted service on June 20, 2026, at 10:20 a.m.; June 23, 2026, at 2:45 p.m.; June 25, 2026, at 7:20 p.m.; June 29, 2026, at 11:30 a.m.; July 2, 2026, at 1:30 p.m.; and July 6, 2026, at 6:10 p.m. On July 6, 2026, the process server spoke with a woman who answered the door and stated that Dr. Bellows was working in Oregon. Those attempts did not result in personal service on Dr. Bellows.

The Court further finds that Plaintiff pursued service efforts in Oregon after learning that Dr. Bellows was working there. Solid Serve Legal, LLC identified Dr. Bellows at Providence Seaside Hospital, 725 South Wahanna Road, Seaside, Oregon 97138, and attempted service of the summons and complaint. Solid Serve Legal contacted Providence Seaside Hospital and spoke with Erin, identified as the head of security, who stated that Dr. Bellows is an emergency-room doctor. Solid Serve Legal later spoke again with Erin, who stated that she had passed along the process server's name and number to the hospital's Risk Management department. Solid Serve Legal communicated with Barbara Gregorie in Risk Management, forwarded documents for review, made a follow-up call, left a voicemail, and had received no response as of July 22, 2026. Solid Serve Legal also reported that all attempts to locate a current residential address for Dr. Bellows failed.

Based on the record, the Court finds that further attempts at the former Alaska address are not reasonably likely to result in service, and that service by publication in Clatsop County, Oregon, where Providence Seaside Hospital is located, is reasonably calculated under the circumstances to provide notice to Dr. Bellows. The Court further finds that supplemental service by mailing to Dr. Bellows at Providence Seaside Hospital and any other later-identified mailing, professional, or residential address is appropriate.



DAVIS LAW GROUP, P.S.
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

Accordingly, the Court ORDERS as follows:

1. Plaintiff's Motion for Leave to Serve Defendant Blaise A. Bellows, M.D. by publication in Clatsop County, Oregon, and by alternative service is GRANTED.

2. Plaintiff shall serve Defendant Blaise A. Bellows, M.D. by publication of the summons in a newspaper of general circulation in Clatsop County, Oregon, where Providence Seaside Hospital is located.

3. Publication shall occur once per week for the period required by applicable Oregon law, or as otherwise required by the newspaper and applicable procedural rules.

4. Plaintiff shall also mail or deliver a copy of the summons, complaint, and this Order to any additional professional, mailing, residential, or employment address for Dr. Bellows that Plaintiff later identifies.

5. Plaintiff shall mail or deliver a copy of the summons, complaint, and this Order to Providence Seaside Hospital through its Risk Management department or other authorized hospital personnel willing to accept or forward the documents to Dr. Bellows.

Plaintiff may also use any additional method reasonably calculated to provide actual notice to Dr. Bellows, including email if Plaintiff later identifies a valid email address for Dr. Bellows.

Plaintiff shall file proof of publication and of supplemental mailing, delivery, or other alternative service completed pursuant to this Order.

IT IS SO ORDERED.

DATED this 4th day of September, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

**DAVIS LAW GROUP, P.S.**

*/S/ REBECCA ILENE SINGER*
By: Rebecca Ilene Singer, WSBA #58467
Attorney for Plaintiff
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
TEL: (206) 727-4000
FAX: (206) 727-4001
Email: rebecca@davislawgroupseattle.com

DAVIS LAW GROUP, P.S.
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000