Rebecca I. Singer, WSBA #58467
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
Tel: (206) 727-4000
rebecca@davislawgroupseattle.com
*Attorneys for Plaintiff, Samuel Keith Zamudio, Individually and as PR of the Estate of Kathleen Zamudio*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAMUEL KEITH ZAMUDIO, individually and as Personal Representative of the ESTATE OF KATHLEEN ZAMUDIO, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br>vs.<br><br>PEACEHEALTH; PEACEHEALTH KETCHIKAN MEDICAL CENTER; PEACEHEALTH ST. JOSEPH MEDICAL CENTER; BLAISE A. BELLOWS, M.D.; PETER A. BEGLIN, M.D.; EDWIN EPPLER, M.D.; KETCHIKAN EMERGENCY PHYSICIANS, LLC; NES WASHINGTON, INC; PEACEHEALTH CARDIOLOGY, and DOES 1-20,<br><br>Defendants. | NO. 2:26-cv-01954-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT EDWIN EPPLER, M.D. BY PUBLICATION OR ALTERNATIVE SERVICE<br><br>NOTE ON MOTION CALENDAR: August 3, 2026 |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Serve Defendant Edwin Eppler, M.D. by Publication or Alternative Service. The Court has considered the Motion, the supporting declarations and exhibits, the pleadings, and the records on file.

The Court finds that Plaintiff has made diligent efforts to personally serve Defendant Edwin Eppler, M.D. Plaintiff retained a professional process server to attempt personal service at Dr. Eppler's last known residential address in Lake Havasu City, Arizona. Service was attempted on June 18, June 22, June 25, and June 28, 2026, but each attempt was unsuccessful. Plaintiff also attempted service through a professional process server at Dr. Eppler's reported place of employment in Arizona. The process server confirmed that Dr. Eppler works at the medical center, but the medical center denied the process server access to Dr. Eppler and directed further contact to its legal department.

The Court further finds that additional attempts at personal service through the same methods are unlikely to result in effective service and that alternative service is reasonably calculated, under the circumstances, to provide Defendant Edwin Eppler, M.D. with notice of this action and an opportunity to be heard.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Serve Defendant Edwin Eppler, M.D. by Publication or Alternative Service is GRANTED.

Plaintiff SHALL serve Defendant Edwin Eppler, M.D. by the following means:

1. Publication of the summons in a newspaper of general circulation in the area of Dr. Eppler's last known residential address in Lake Havasu City, Arizona, once per week for four consecutive weeks, or for such other period required by applicable law;

2. Mailing the summons, complaint, and a copy of this Order by first-class mail and certified mail, return receipt requested, to Dr. Eppler's last known residential address at 3195 Maracaibo Drive, Lake Havasu City, Arizona 86404;



DAVIS LAW GROUP, P.S.
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

3. Mailing the summons, complaint, and a copy of this Order by first-class mail and certified mail, return receipt requested, to any known professional or employment address for Dr. Eppler, including any confirmed address associated with his current place of employment; AND

4. Providing a copy of the summons, complaint, and this Order to the legal department identified by the medical center where Dr. Eppler is employed.

Plaintiff may also use any additional method reasonably calculated to provide actual notice to Dr. Eppler, including service by email or other electronic means if Plaintiff identifies a reliable email address or electronic contact method associated with Dr. Eppler.

Plaintiff shall file proof of compliance with this Order after completing the authorized service efforts.

IT IS SO ORDERED.

DATED this 4th day of September, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:
**DAVIS LAW GROUP, P.S.**

*/S/ REBECCA ILENE SINGER*
By: Rebecca Ilene Singer, WSBA #58467
Attorney for Plaintiff
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
TEL: (206) 727-4000
FAX: (206) 727-4001
Email: rebecca@davislawgroupseattle.com