Rebecca I. Singer, WSBA #58467
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
Tel: (206) 727-4000
rebecca@davislawgroupseattle.com
*Attorneys for Plaintiff, Samuel Keith Zamudio, Individually and as PR of the Estate of Kathleen Zamudio*

Honorable Kymberly K. Evanson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SAMUEL KEITH ZAMUDIO, individually and as Personal Representative of the ESTATE OF KATHLEEN ZAMUDIO, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br>vs.<br><br>PEACEHEALTH; PEACEHEALTH KETCHIKAN MEDICAL CENTER; PEACEHEALTH ST. JOSEPH MEDICAL CENTER; BLAISE A. BELLOWS, M.D.; PETER A. BEGLIN, M.D.; EDWIN EPPLER, M.D.; KETCHIKAN EMERGENCY PHYSICIANS, LLC; NES WASHINGTON, INC; PEACEHEALTH CARDIOLOGY, and DOES 1-20,<br><br>Defendants. | NO. 2:26-cv-01954-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(m) |

THIS MATTER came before the Court on Plaintiff Samuel Keith Zamudio's Motion to Extend Time for Service of Process under Fed. R. Civ. P. 4(m). The Court has considered the motion, the Declaration of Rebecca I. Singer filed in support of the motion, the pleadings and papers on file, and the applicable law.

The Court finds that Plaintiff has shown good cause for an extension of the deadline to serve Defendants Edwin Eppler, M.D. and Blaise A. Bellows, M.D. Plaintiff has made diligent efforts to serve those defendants, including multiple attempts at personal service, investigation of additional service locations and contact information, and efforts to pursue service by publication or other Court-authorized alternative means. The Court further finds that additional time is warranted because Plaintiff cannot complete service by publication or alternative service unless and until such service is authorized by Court order, and Plaintiff will need sufficient time after any such order to complete the required publication period and any other service steps ordered by the Court.

IT IS SO ORDERED.

1. Plaintiff's Motion to Extend Time for Service of Process Under Fed. R. Civ. P. 4(m) is GRANTED.

2. The deadline for Plaintiff to serve Defendant Edwin Eppler, M.D. and Defendant Blaise A. Bellows, M.D. is extended to December 4, 2026.

3. Service shall be deemed timely if, by December 4, 2026, Plaintiff completes service by publication and the other alternative methods authorized by this Court in the orders filed contemporaneously with this Order.

DATED this 4th day of August, 2026.

Kymberly K. Evanson
United States District Judge



**DAVIS LAW GROUP, P.S.**
2101 FOURTH AVENUE, SUITE 1030
SEATTLE, WASHINGTON 98121
(206) 727-4000

Presented by:

**DAVIS LAW GROUP, P.S.**

*s/ Rebecca Ilene Singer*
By: Rebecca Ilene Singer, WSBA #58467
Attorney for Plaintiff
Davis Law Group, P.S.
2101 Fourth Avenue, Suite 1030
Seattle, Washington 98121
TEL: (206) 727-4000
FAX: (206) 727-4001
Email: rebecca@davislawgroupseattle.com