**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

SAMUEL KEITH ZAMUDIO, individually and as Personal Representative of the ESTATE OF KATHLEEN ZAMUDIO, deceased, and on behalf of all statutory beneficiaries,

Plaintiff,

vs.

PEACEHEALTH; PEACEHEALTH KETCHIKAN MEDICAL CENTER; PEACEHEALTH ST. JOSEPH MEDICAL CENTER; BLAISE A. BELLOWS, M.D., PETER A. BEGLIN, M.D.; EDWIN EPPLER, M.D.; KETCHIKAN EMERGENCY PHYSICIANS, LLC; NES WASHINGTON, INC; PEACEHEALTH CARDIOLOGY, DOES 1-20,

Defendants.

NO. 2:26-CV-01954-KKE

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS ON DEFENDANT NES WASHINGTON, INC. UNDER FRCP 4(m)

Noting Date:
October 13, 2026

THIS MATTER came before the Court on Plaintiff Samuel Keith Zamudio's Motion to Extend Time for Service of Process on Defendant NES Washington, Inc. under Federal Rule of Civil Procedure 4(m). Dkt. No. 36. The Court has considered the Motion, the Declaration of Rebecca I. Singer (Dkt. No. 37), the pleadings and records on file, and any argument presented.

The Court finds good cause to extend the deadline for service on Defendant NES Washington, Inc. Plaintiff named NES Washington, Inc. as a defendant in the Complaint and intended to serve that entity. Plaintiff has shown that, through inadvertence, summons issued and service was completed on Northwest Emergency Physicians, LLC rather than NES Washington, Inc. Plaintiff now seeks a limited extension to correct that service error, obtain issuance of a summons for NES Washington, Inc., and serve the proper named defendant.

The Court further finds that the requested extension is limited, will allow Plaintiff to correct an inadvertent service issue, and will not unduly prejudice NES Washington, Inc.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Extend Time for Service of Process on Defendant NES Washington, Inc. under Fed. R. Civ. P. 4(m) is GRANTED.
2. Plaintiff's deadline to serve Defendant NES Washington, Inc. is extended to December 4, 2026.
3. Plaintiff may request issuance of a summons directed to Defendant NES Washington, Inc., including through its registered agent: NES Washington, Inc.
   c/o CT Corporation System
   711 Capitol Way S., Suite 204
   Olympia, Washington 98501
4. Service on Defendant NES Washington, Inc. will be deemed timely if completed on or before the extended deadline set forth above.
5. Plaintiff shall file proof of service after service is completed.

//

IT IS SO ORDERED.

DATED this 15th day of October, 2026.

Kymberly K. Evanson
United States District Judge